RECEIVED
AUG - 6 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PETER CELESTINE<br>DOC #110116 | : | CIVIL ACTION NO. 2:13-cv-2370<br>SECTION P |
| VERSUS | : | JUDGE TRIMBLE |
| PRISCILLA PITRE | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, (R. #8), and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record:

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this _6th_ day of _____August_____, 2014.

_____
JAMES T. TRIMBLE, JR.
JUDGE, UNITED STATES FEDERAL COURT
WESTERN DISTRICT